UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELYSE DICKERSON, on behalf of herself, and SUSAN ORR, KATERINA DODBIBA, LESLIE LEMKE, MELISSA MOTA, KRISTINE STEELY, MELINDA KONCZAL, ANN-MARIE HAMMOND, KATHRYN HOFFMAN, JESSICAH MCGAFFIE, CAROLINE BUCCI, ANYA GAU, GINA GIURICEO, AND JENNIFER MAYNARD, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>-- against --<br><br>NOVARTIS CORPORATION and ALCON LABORATORIES, INC.,<br><br>DEFENDANTS. | Civ. No. 1:15-cv-01980-GHW |

## PLAINTIFF DICKERSON'S RESPONSE TO ALCON'S REQUEST FOR PRE-MOTION CONFERENCE

Pursuant to Rule 1(c) of Your Honor's Individual Rules of Practice, the attached letter and the corresponding exhibit are respectfully submitted in response to Alcon Laboratories, Inc.'s letter seeking a pre-motion conference (Dkt. No. 58).

SANFORD HEISLER KIMPEL, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5655
Facsimile: (646) 402-5651

*Counsel for Plaintiff Elyse Dickerson*